ALAN K. BRUBAKER, State Bar No. 70298
*abrubaker@wingertlaw.com*
IAN R. FRIEDMAN, State Bar No. 292390
*ifriedman@wingertlaw.com*
WINGERT GREBING BRUBAKER & JUSKIE LLP
One America Plaza, Suite 1200
600 West Broadway
San Diego, CA 92101
(619) 232-8151; Fax (619) 232-4665

Steven F. Molo (*pro hac vice*)
*smolo@mololamken.com*
Jonathan E. Barbee (*pro hac vice*)
*jbarbee@mololamken.com*
MOLOLAMKEN LLP
430 Park Avenue
New York, New York 10022
(212) 607-8170

Eric R. Nitz (*pro hac vice*)
*enitz@mololamken.com*
MOLOLAMKEN LLP
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
(202) 556-2021

Attorneys for Plaintiffs and Non-Party FORTRESS INVESTMENT GROUP LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAGNER AERONAUTICAL, INC.; MAMMOTH FREIGHTERS LLC; WILLIAM WAGNER; and WILLIAM TARPLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID DOTZENROTH; SEQUOIA AIRCRAFT CONVERSIONS, LLC; CAI CONSULTING LTD: CHARLES WILEY | Case No. 21-cv-00994-L-AGS<br><br>**NOTICE OF APPEARANCE FOR NON-PARTY FORTRESS INVESTMENT GROUP, LLC**<br><br>Judge: M. James Lorenz<br>Magistrate Judge: Andrew G. Schopler |

| | |
|---|---|
| 1 | DOTZENROTH; ANDREW MANSELL; STEVEN WELO; and DOES 1 through 50, inclusive, |
| 2 | |
| 3 | Defendants. |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Alan K. Brubaker and Ian R. Friedman of the firm Wingert Grebing Brubaker & Juskie LLP and Steven F. Molo, Jonathan E. Barbee and Eric R. Nitz of the firm MoloLamken LLP, hereby enter their appearance as counsel of record on behalf of Non-Party FORTRESS INVESTMENT GROUP LLC.

Respectfully submitted,

Dated: November 2, 2021

WINGERT GREBING BRUBAKER & JUSKIE LLP

By: _s/ Ian R. Friedman_
Alan K. Brubaker
Ian R. Friedman
**WINGERT GREBING BRUBAKER & JUSKIE LLP**
One American Plaza, Suite 1200
600 West Broadway
San Diego, CA 92101
(619) 232-8151; Fax (619) 232-4665

Steven F. Molo (*pro hac vice*)
Jonathan E. Barbee (*pro hac vice*)
**MOLOLAMKEN LLP**
430 Park Avenue
New York, New York 10022
(212) 607-8170

Eric R. Nitz (*pro hac vice*)
**MOLOLAMKEN LLP**
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
(202) 556-2021

*Attorneys for Non-Party* FORTRESS INVESTMENT GROUP, LLC

ALAN K. BRUBAKER, State Bar No. 70298
*abrubaker@wingertlaw.com*
IAN R. FRIEDMAN, State Bar No. 292390
*ifriedman@wingertlaw.com*
WINGERT GREBING BRUBAKER & JUSKIE LLP
One America Plaza, Suite 1200
600 West Broadway
San Diego, CA 92101
(619) 232-8151; Fax (619) 232-4665

Steven F. Molo (*pro hac vice*)
*smolo@mololamken.com*
Jonathan E. Barbee (*pro hac vice*)
*jbarbee@mololamken.com*
MOLOLAMKEN LLP
430 Park Avenue
New York, New York 10022
(212) 607-8170

Eric R. Nitz (*pro hac vice*)
*enitz@mololamken.com*
MOLOLAMKEN LLP
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
(202) 556-2021

Attorneys for Non-Party FORTRESS INVESTMENT GROUP, LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

CASE NAME:     Wagner Aeronautical, Inc., et al. v. Dotzenroth, et al.
CASE NO   :     3:21-cv-00994-L-AGS

Judge :     M. James Lorenz                    Ctrm :     5B

    I, the undersigned, declare that I am over the age of 18 and not a party to this action. On behalf of the law firm of Wingert Grebing Brubaker & Juskie LLP located at One America Plaza, Suite 1200, 600 West Broadway, in San Diego, CA 92101.

{00758425.DOCX}

**CERTIFICATE OF SERVICE - 3:21-CV-00994-L-AGS**

I declare that on November 2, 2021, I served the following document(s):

**NOTICE OF APPEARANCE FOR NON-PARTY FORTRESS INVESTMENT GROUP, LLC**

on the interested parties in this action:

| | |
|---|---|
| Kenneth M. Fitzgerald, Esq.<br>Robert G. Knaier, Esq.<br>Keith M. Cochran, Esq.<br>Philip N. Tankovich, Esq.<br>Fitzgerald Knaier LLP<br>402 West Broadway, Suite 1400<br>San Diego, CA 92101<br>Tel. 619-241-4810;<br>Fax: 619-955-5318;<br>E-mail: kfitzgerald@fitzgeraldknaier.com;<br>rknaier@fitzgeraldknaier.com;<br>kcochran@fitzgeraldknaier.com;<br>ptankovich@fitzgeraldknaier.com | Attorneys for Defendants DAVID DOTZENROTH; SEQUOIA AIRCRAFT CONVERSIONS, LLC; CAI CONSULTING LTD.; CHARLES WILEY DOTZENROTH |
| Stacey H. Wang, Esq.<br>Holland & Knight LLP<br>400 South Hope Street, 8th Floor<br>Los Angeles, CA 90071-2040<br>Tel. 213-896-2400;<br>Fax: 213-896-2450;<br>E-mail: Stacey.wang@hklaw.com | Attorneys for Defendants ANDREW MANSELL and STEVEN WELO |

☐ (BY MAIL) F.R.C.P. Rule 5(b)(2)(C):  I placed the envelope for collection and mailing, following our ordinary business practices.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under the practice it would be deposited with United States Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business.

☐ (BY OVERNIGHT MAIL) F.R.C.P. Rule 5(b)(2)(B):  I am readily familiar with the practice of the firm for collection and processing of correspondence for mailing by overnight mail.  Pursuant to this practice, the envelope or package would be deposited in the overnight mail location located at 600 West Broadway, San Diego, CA 92101 or a regularly utilized drop box of the overnight delivery carrier in the ordinary course of business on the date of this declaration.

☐ (BY FACSIMILE) F.R.C.P. Rule 5(b)(2)(F):  At the time of transmission, I was at least 18 years of age and not a party to this legal proceeding.  I transmitted the above-referenced documents by facsimile machine and no error was reported by the machine.  I caused the machine to print a transmission record of the transmission, a copy of which is attached to this certification.

☐ (BY PERSONAL SERVICE) F.R.C.P. Rule 5(b)(2)(A):  I caused such documents to be delivered by and to the offices of the addressee(s). (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in

charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☒ (BY ELECTRONIC FILING/SERVICE) F.R.C.P. Rule 5(b)(2)(E): Pursuant to the United States District Court Procedural Rules for Electronic Case Filing and the Case Management/Electronic Case Filing Rules, I electronically served the above-listed documents on those parties on the service list for the above-entitled case.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

This declaration was executed on November 2, 2021, at San Diego, California.

_____
Tammie Neuhoff