UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAGNER AERONAUTICAL, INC.; MAMMOTH FREIGHTERS LLC; WILLIAM WAGNER; and WILLIAM TARPLEY,<br><br>        Plaintiffs,<br><br>  vs.<br><br>DAVID DOTZENROTH; SEQUOIA AIRCRAFT CONVERSIONS, LLC; CAI CONSULTING LTD; CHARLES WILEY DOTZENROTH; ANDREW MANSELL; STEVEN WELO; and DOES 1 through 50 inclusive,<br><br>        Defendants | Case No.:  21cv0994-L-AGS<br><br>**ORDER DENYING MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS AS MOOT**<br><br>**[ECF NO. 96]** |

  Pending before the Court is Defendants' Motion for Partial Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c). [ECF No. 96.]   Plaintiff

1

timely filed an amended complaint [ECF No. 132]. *See* Fed. R. Civ. Proc. 15(a)(1)(B). "Rule 12(c) is functionally identical to Rule 12(b)(6) and ... the same standard of review applies to motions brought under either rule." *See United States ex rel. Cafasso v. Gen Dynamics C4 Sys., Inc.,* 637 F.3d 1047, 1054 n.4 (9th Cir. 2011) (internal quotation marks and citations omitted). Accordingly, the Motion for Partial Judgment on the Pleadings is denied as moot. *See Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

Dated:  January 7, 2022

_____
Hon. M. James Lorenz
United States District Judge