FITZGERALD KNAIER LLP
   Kenneth M. Fitzgerald (SBN: 142505)
   kfitzgerald@fitzgeraldknaier.com
   Robert G. Knaier (SBN: 234466)
   rknaier@fitzgeraldknaier.com
   Keith M. Cochran (SBN: 254346)
   kcochran@fitzgeraldknaier.com
   Brittany M. Vojak (SBN: 321203)
   bvojak@fitzgeraldknaier.com
   David L. Herman (SBN: 216469)
   dherman@fitzgeraldknaier.com
402 West Broadway, Suite 1400
San Diego, California 92101
Tel: (619) 241-4810
Fax: (619) 955-5318

Attorneys for Defendants David Dotzenroth; Sequoia Aircraft Conversions, LLC; CAI Consulting Ltd.; and Charles Wiley Dotzenroth

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAGNER AERONAUTICAL, INC.; MAMMOTH FREIGHTERS LLC; WILLIAM WAGNER; and WILLIAM TARPLEY,<br><br>              Plaintiffs,<br><br>   v.<br><br>DAVID DOTZENROTH; SEQUOIA AIRCRAFT CONVERSIONS, LLC; CAI CONSULTING LTD.; CHARLES WILEY DOTZENROTH; JOHN TOMBLIN, in his official capacity as Executive Director of NIAR; DAVID JONES, in his official capacity as | Case No.: 21CV0994 L AGS<br><br>Mag. Judge: Hon. Andrew G. Schopler<br><br>**DOTZENROTH DEFENDANTS' NOTICE OF TRANSFER OF MOTIONS TO COMPEL ENFORCEMENT OF FORTRESS SUBPOENAS; REQUEST FOR HEARING** |

| | |
|---|---|
| 1 | Director of NIAR WERX; RONALD TOWRY, in his official capacity as Chief Engineer of NIAR; ERIC KIVETT, in his official capacity as Program Manager at NIAR; and JOHN DOES 1-99, in their official capacities, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

Case No.: 21CV0994 L AGS
Notice of Transfer of Motions to Compel Enforcement of Fortress Subpoenas

Today, February 22, 2022, the Southern District of New York granted the Dotzenroth Defendants' motion to transfer enforcement of their subpoenas on Fortress Investments to this Court, as reflected on the attached copy of the order granting that motion. Accordingly, the Dotzenroth Defendants respectfully request that this Court re-set a hearing on their two motions to compel Fortress to produce documents (reflected in Docs. 116, 126, 135, and 131).

Dated: February 22, 2022

FITZGERALD KNAIER LLP

By: /s/ Ken Fitzgerald
Kenneth M. Fitzgerald
Robert G. Knaier
Keith M. Cochran
Brittany M. Vojak
FITZGERALD KNAIER LLP
Attorneys for Defendants David Dotzenroth, Sequoia Aircraft Conversions, LLC, CAI Consulting Ltd., and Charles Wiley Dotzenroth

- 1 -

Notice of Transfer of Motions to Compel Enforcement of Fortress Subpoenas

## CERTIFICATE OF SERVICE

I certify that today I am causing to be served the foregoing document by CM/ECF notice of electronic filing upon the parties and counsel registered as CM/ECF Users. I further certify that, to the extent they are not registered CM/ECF Users, I am causing the foregoing document to be served by other means.

Dated:   February 22, 2022

_____
Kenneth M. Fitzgerald

- 2 -

Case No.: 21CV0994 L AGS
Notice of Transfer of Motions to Compel Enforcement of Fortress Subpoenas

# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID DOTZENROTH, et al.,<br><br>         Movants,<br><br>-against-<br><br>FORTRESS INVESTMENT GROUP, LLC,<br><br>         Respondent. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 2/22/2022<br><br>21-mc-832 (ALC)<br><br>**ORDER TRANSFERRING TO THE ISSUING COURT MOVANTS' MOTION TO COMPEL NON-PARTY FORTRESS INVESTMENT GROUP, LLC**<br><br>Underlying Litigation:<br>*Wagner Aeronautical, Inc. v. Dotzenroth*, No. 3:21-Cv-00994-L-AGS (S.D. Cal.)<br><br>District Judge: M. James Lorenz<br><br>Magistrate Judge: Andrew G. Schopler |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court has considered Movants' Motion to Transfer Enforcement of Enforcement of Two Subpoenas and Respondent's Reply in Support of Motion to Transfer. Given the parties consent under Fed. R. Civ. P. 45(f),

  **IT IS HEREBY ORDERED THAT:**

Movants' unopposed request for transfer is **GRANTED**. Movants' Motion to Compel Non-Party Fortress Investment Group, LLC is hereby transferred to the issuing court, the Southern District of California, which presides over the Underlying Litigation.

**SO ORDERED.**
Dated: February 22, 2022
    New York, New York

                     _____
                     **ANDREW L. CARTER, JR.**
                     **United States District Judge**